UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD CT

*******************************************

HOPE KASPER and HELEN KERKES

VS.                                                                    Case No. 302 CV 00844 (CFD)

CITY OF MIDDLETOWN, DEBORAH
MOORE, and LOCAL 466, COUNCIL 4,
of the AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO                                                            October 24, 2003

*******************************************

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO STRIKE AND TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

Defendant Local 466, Council 4, of the American Federation of State, County and Municipal Employees, AFL-CIO, hereby moves for an extension of time of twenty-one (21) days within which to file an opposition to plaintiffs' Motion to Strike and an extension of time of twenty-one (21) days within which to file a reply to plaintiffs' Opposition to Motion to Dismiss.

The reason for this Motion is that counsel for the moving defendant is scheduled for back surgery and will be incapacitated for several weeks.

- 1 -

W:\Public\LWise\A F S C M E - Kasper & Kerkes\Pleadings\Motion for Extension of Time 10-24-03.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

Counsel for the plaintiffs has no opposition to this Motion. This is the first request for an extension to file the above-referenced briefs.

RESPECTFULLY SUBMITTED,
Local 466, Council 4, of the American Federation
of State, County and Municipal Employees,
AFL-CIO

By: _____
Elizabeth J. Robbin
Federal Bar No. ct14788

- 2 -

W:\Public\LWise\A F S C M E - Kasper & Kerkes\Pleadings\Motion for Extension of Time 10-24-03.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension of Time was mailed by first-class mail, postage prepaid, on this 24th day of October, 2003 to the following:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street #409
New Haven, CT 06510

James M. Sconzo, Esq.
Kevin R. Brady, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103-4303

Trina A. Solecki, Esq.
City of Middletown
245 DeKoven Drive, P.O. Box 1300
Middletown, CT 06457

Elizabeth J. Robbin

- 3 -

W:\Public\LWise\A F S C M E - Kasper & Kerkes\Pleadings\Motion for Extension of Time 10-24-03.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793