63

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/5/03

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

HOPE KASPER and HELEN KERKES :
:
VS. : Case No. 302 CV 00844 (CFD)
:
CITY OF MIDDLETOWN, DEBORAH :
MOORE, and LOCAL 466, COUNCIL 4, :
of the AMERICAN FEDERATION OF STATE, :
COUNTY AND MUNICIPAL EMPLOYEES, :
AFL-CIO : October 24, 2003
:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**
**TO MOTION TO STRIKE AND TO FILE REPLY TO**
**PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

Defendant Local 466, Council 4, of the American Federation of State, County and Municipal Employees, AFL-CIO, hereby moves for an extension of time of twenty-one (21) days within which to file an opposition to plaintiffs' Motion to Strike and an extension of time of twenty-one (21) days within which to file a reply to plaintiffs' Opposition to Motion to Dismiss. The reason for this Motion is that counsel for the moving defendant is scheduled for back surgery and will be incapacitated for several weeks.

- 1 -

W:\Public\LWise\A F S C M E - Kasper & Kerkes\Pleadings\Motion for Extension of Time 10-24-03.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793