# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

Hope Kasper
Helen Kenkes
City of Middletown

**CASE NUMBER:** 3:02CV 844 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs

United States District Court
District of Connecticut
FILED AT    HARTFORD

Jan. 30 ____ 2004
Kevin F. Rowe, Clerk

By_____
Deputy Clerk

Date  1/30/04

Connecticut Federal Bar Number  Ct 09444

Telephone Number  203-582.9931

Fax Number  203. 776. 9494

E-mail address  Kengstrom @ johnrwilliams.com

Signature  Katrena Engstrom

Print Clearly or Type Name  Katrena Engstrom

Address  Williams + Pattis

51 Elm St.

New Haven Ct
06510

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James Szerzo, Halloran Sage, 225 Asylum St Hartfd. 06103
T. Solecki, 245 Deborah Drive, Middletown Ct 06457
Elizabeth Robbin, CityPlace, 22 fl, 185 Asylum St
Hartford, Ct

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24