TOTAL TIME: ___ hours  45 minutes        DEPUTY CLERK  Dero        HONORABLE  Droney        RPTR/EROTAPE  Marshall

DATE  1-30-04        START TIME  3:15        END TIME  4:00
RECESS FROM ___  LUNCH RECESS FROM ___ TO ___
TO ___    (if more than 1/2 hour)

Kasper
vs.
Middletown

CIVIL NO.  02CV844CFD

§
§
§
§
§

Engstrom
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Brady
Defendant's Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #46  Motion  to Stay — ☐ granted ☐ denied ☒ advisement
☒ #47  Motion  to Dismiss/SJ — ☐ granted ☐ denied ☒ advisement
☒ #50  Motion  to Dismiss/SJ — ☐ granted ☐ denied ☒ advisement
☒ #54  Motion  to Strike — ☐ granted ☐ denied ☒ advisement
☒ #58  Motion  to Strike — ☐ granted ☐ denied ☒ advisement

Hearing continued until ___ at ___