


Denied as moot. So ordered.
USDJ 3/29/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HOPE KASPER and HELEN KERKES     :     CIVIL ACTION
                                                                NO. 3:02 CV00844 (CFD)
V.                                                    :

CITY OF MIDDLETOWN, DEBRA MOORE,
And LOCAL 466, COUNCIL 4, of the
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO                                              :     AUGUST 21, 2003

## MOTION FOR STAY DUE TO LIQUIDATION

Pursuant to General Statutes § 38a-851(a) and the July 25, 2003 Order of the Commonwealth Court of Pennsylvania, the defendants, City of Middletown (the "City") and Debra Moore, respectfully move the Court to stay this action for six (6) months, up to and including January 28, 2004, or until such time as the Connecticut Insurance Guaranty Association gives notice assuming control of the file, whichever is later. In support of this Motion, the defendants submit the following:

Pursuant to court order issued July 25, 2003, by the Commonwealth Court of Pennsylvania in the matter of <u>M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania v. Legion Insurance Company</u>, Docket No. 183 MD 2002, Legion Insurance Company ("Legion") has been declared insolvent and ordered

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

One Goodwin Square          HALLORAN           Phone (860) 522-6103
225 Asylum Street              & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                                        Juris No. 26105