## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOPE KASPER and HELEN KERKES | : | CIVIL ACTION |
| | | NO. 3:02 CV00844 (CFD) |
| V. | : | |
| | | |
| CITY OF MIDDLETOWN, DEBORAH | : | |
| MOORE, and LOCAL 466, COUNCIL 4, | : | |
| of the AMERICAN FEDERATION OF STATE, | : | |
| COUNTY AND MUNICIPAL EMPLOYEES, | : | |
| AFL-CIO | : | January 5, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, City of Middletown and Deborah Moore, in the above-captioned matter. Said defendants continue to be represented by James M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS,

By _____
Kevin R. Brady of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. 23964
Its Attorneys

## **CERTIFICATION**

This is to certify that on this 5th day of January, 2005, I hereby mailed a copy of the foregoing to:

Sebastian O. DeSantis
Elizabeth Sabilia
Sabilia & DeSantis, LLC
247 Shaw Street
New London, CT 06320

_____
Kevin R. Brady

630194_1.DOC

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105