**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| HOPE KASPER and HELEN KERKES | : | CIVIL ACTION |
| | | NO. 3:02 CV00844 (CFD) |
| V. | : | |
| | | |
| CITY OF MIDDLETOWN, DEBORAH | : | |
| MOORE, and LOCAL 466, COUNCIL 4, | : | |
| of the AMERICAN FEDERATION OF STATE, | : | |
| COUNTY AND MUNICIPAL EMPLOYEES, | : | |
| AFL-CIO | : | JANUARY 6, 2005 |

### SUPPLEMENTAL MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, City of Middletown and Deborah Moore, in the above-captioned matter.[1]  Said defendants continue to be represented by James M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

---

[1] On January 5, 2005, the undersigned counsel filed his Motion to Withdraw Appearance with the incorrect certification list.  The correct certification list is attached to this Supplemental Motion to Withdraw Apperance.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                                            THE DEFENDANTS,

                                      By_____
                                            Kevin R. Brady of
                                            HALLORAN & SAGE LLP
                                            One Goodwin Square
                                            225 Asylum Street
                                            Hartford, CT 06103
                                            Federal Bar No. 23964
                                            Its Attorneys

## **CERTIFICATION**

      This is to certify that on this 6th day of January, 2005, I hereby mailed a copy of the foregoing to:

John R. Williams, Esq.
Katrena K. Engstrom, Esq.
Williams & Pattis
51 Elm Street
New Haven, CT 06510

Lewis K. Wise, Esq.
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

Trina A. Solecki, Esq.
City Attorney's Office
City of Middletown
245 deKoven Drive
P.O. Box 1300
Middletown, CT 06457 1300

                                                        _____
                                                        Kevin R. Brady

630194_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105