UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOPE KASPER | * | |
| HELEN KERKES | * | |
| v. | * | CASE NO. 3:02CV844 (CFD) |
| | * | |
| CITY OF MIDDLETOWN | * | |
| DEBORAH MOORE | * | |
| AMERICAN FEDERATION OF STATE, | * | |
| COUNTY and MUNICIPAL EMPLOYEES, | * | |
| COUNCIL 4, LOCAL 466 AFL-CIO | * | |

## JUDGMENT

This action having come on for consideration of the defendants' Motion to Dismiss or in

the Alternative for Summary Judgment before the Honorable Christopher F. Droney, United

States District Judge, and

The Court having considered the motion and the full record of the case including

applicable principles of law, and having filed its Ruling granting the defendants' motion; it is

therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor

of the defendants.

Dated at Hartford, Connecticut, this 18th day of January, 2005.

KEVIN F. ROWE, Clerk

By _____

Devorah Johnson
Deputy Clerk

EOD_____