UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOPE KASPER and<br>HELEN KERKES<br><br>VS.<br><br>CITY OF MIDDLETOWN,<br>DEBORAH MOORE, and<br>LOCAL 466, COUNCIL 4, of the<br>AMERICAN FEDERATION OF STATE,<br>COUNTY AND MUNICIPAL<br>EMPLOYEES, AFL-CIO | NO. 3:02CV844 (CFD)<br><br><br>FEBRUARY 15, 2005 |

## STIPULATION TO DISMISS

The plaintiff Hope Kasper and the defendants City of Middletown and Deborah Moore stipulate that all the claims herein by the plaintiff Hope Kasper against the defendants City of Middletown and Deborah Moore may be dismissed with prejudice and without costs.

THE PLAINTIFF, HOPE KASPER

BY /s/ John R. Williams
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

THE DEFENDANTS CITY OF MIDDLETOWN
and DEBORAH MOORE

BY: _____
JAMES M. SCONZO
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
860.522.6103
Fax: 860.548.0006
E-Mail: sconzo@halloran-sage.com
Their Attorney

**CERTIFICATION OF SERVICE**

Copies hereof were mailed on the date above stated to:

Attorney Trina A. Solecki
City Attorney
245 DeKoven Drive
Middletown, CT 06457

Attorney Elizabeth J. Robbin
Attorney Lewis K. Wise
Rogin Nassau Caplan Lassman & Hirtle, LLC
CityPlace, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

_____
JAMES M. SCONZO