UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOPE KASPER and : | |
| HELEN KERKES : | |
| : | |
| VS. : | NO. 3:02CV844 (CFD) |
| : | |
| CITY OF MIDDLETOWN, : | |
| DEBORAH MOORE, and : | |
| LOCAL 466, COUNCIL 4, of the : | FEBRUARY 15, 2005 |
| AMERICAN FEDERATION OF STATE, : | |
| COUNTY AND MUNICIPAL : | |
| EMPLOYEES, AFL-CIO : | |

## STIPULATION TO DISMISS

The plaintiff Hope Kasper and the defendants City of Middletown and Deborah Moore stipulate that all the claims herein by the plaintiff Hope Kasper against the defendants City of Middletown and Deborah Moore may be dismissed with prejudice and without costs.

THE PLAINTIFF, HOPE KASPER

BY _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Her Attorney